Leah S. Freed, Bar #021332
*Leah.Freed@ogletreedeakins.com*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700

Randall E. Kahnke, Minn. #202745, *admitted pro hac vice*
*randall.kahnke@FaegreBD.com*
Martin S. Chester, Minn. #31514X, *admitted pro hac vice*
*martin.chester@FaegreBD.com*
Faegre Baker Daniels LLP
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone:  (612) 766-7000

Attorneys for Plaintiff Honeywell International Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Honeywell International Inc., | Case No. 2:17-cv-00699-SPL |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |
| vs. | |
| Robert Jeremy Miller, | |
| Defendant. | |

Plaintiff Honeywell International Inc. requests that the clerk of court enter default against Defendant Robert Jeremy Miller pursuant to Federal Rule of Civil Procedure 55(a). In support of this application, Plaintiff relies upon the record in this case and the Affidavit of Courtney N. Baga in Support of Application for Entry of Default attached hereto as Exhibit A.

Dated this 8th day of August, 2017.   FAEGRE BAKER DANIELS LLP

*s/ Martin S. Chester*
Randall E. Kahnke
Martin S. Chester
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7000


OGLETREE, DEAKINS, NASH,
SMOAK & STEWART & P.C.
Leah S. Freed
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

**Attorneys for Plaintiff Honeywell International Inc.**

30807294.1